# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ANDREW HILL, #197103,

        Plaintiff,                     Case No.  08-12472
                                               Hon. Anna Diggs Taylor

v.                                                 Magistrate Judge Steven D. Pepe

PATRICIA CARUSO, et al.,

        Defendants.

_____/

## ORDER ACCEPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Steven D. Pepe's Report and Recommendation of December 9, 2008, Granting Defendants' Motion for Summary Judgment based on failure to exhaust administrative remedies.

The Court has reviewed the file and the Magistrate Judge's Report and Recommendation. No objections have been filed.  The Court finds that the law cited by the Magistrate has been correctly placed and is controlling in this matter.

Therefore, the Court will accept the Magistrate's Report and Recommendation of December 9, 2008 as the findings and conclusions of this Court.

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Pepe's Report and Recommendation of December 9, 2008 is ACCEPTED and ADOPTED.

IT IS SO ORDERED.


DATED:  March 12, 2009                                  **s/Anna Diggs Taylor**
                                                            ANNA DIGGS TAYLOR
                                                            UNITED STATES DISTRICT JUDGE

---

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail (**Andrew Hill, 197103, Mid-MI Correctional Facility, 8201 N. Croswell Rd, St Louis, MI 48880**) disclosed on the Notice of Electronic Filing on March 12, 2009.

                                                                                 s/Johnetta M. Curry-Williams
                                                                                  Case Manager